```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

TIERONE BANK,                    )
                                 )
             Plaintiff,          )        4:08CV3156
                                 )
      V.                         )
                                 )
HARTFORD CASUALTY INSURANCE      )        MEMORANDUM AND ORDER
COMPANY, and HARTFORD            )
ACCIDENT AND INDEMNITY           )
COMPANY,                         )
                                 )
             Defendants.         )
                                 )
```

The parties have jointly and orally moved the court for a continuance of the parties' planning conference.  In support of this request, the parties state that their preparation for the planning conference, and their ability to fully participate therein, will be enhanced if the conference is delayed to permit defendants to respond to plaintiff's pending discovery requests.

The parties' motion to continue will be granted.  In light of this ruling, the plaintiff does not oppose defendants' motion for extension of time to respond to plaintiff's discovery, (filing no. 35).

    IT THEREFORE HEREBY IS ORDERED:

1. Defendants' motion for extension of time to respond to plaintiff's discovery, (filing no. 35), is granted.

2. Defendants Hartford Casualty and Hartford Accident and Indemnity shall respond to plaintiff TierOne Bank's First Set of Discovery Requests, (filing no. 36-2), on or before December 22, 2008.

3. The telephonic planning conference before the undersigned magistrate judge is continued to January

      9, 2009 at 9:00 a.m.  Counsel for the plaintiff shall initiate the call.

DATED this 19th day of November, 2008.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge