IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIERONE BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:08-CV-3156 |
| | ) |
| HARTFORD CASUALTY INSURANCE | ) ORDER |
| COMPANY and HARTFORD ACCIDENT | ) |
| AND INDEMNITY COMPANY, | ) |
| | ) |
| Defendants. | ) |

Based upon the stipulation of the parties, filing no. 47,

IT IS HEREBY ORDERED THAT:

1. Rather than commencing on June 29, 2009 as previously set, the case is set for trial on July 9 and 10, 2009, on plaintiff's claims for interest and attorney fees.

2. The deadline for the parties to file and serve their motions for summary judgment and their positions on the availability of jury trial on issues of interest and fees is extended to and including April 30, 2009.

3. The deadline for plaintiff to disclose its expert witnesses is extended to and including April 20, 2009, and any such expert witness shall be made available for deposition prior to April 28, 2009.

Dated this 30th day of March, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge