```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TIERONE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3156 |
| | ) | |
| v. | ) | |
| | ) | |
| HARTFORD CASUALTY INSURANCE COMPANY, and HARTFORD ACCIDENT AND INDEMNITY COMPANY, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff has advised the court by letter that it does not object to defendants' motion to file a supplemental answer.

IT THEREFORE HEREBY IS ORDERED,

Defendants' motion for leave to file supplemental answer, filing no. 45, is granted. The supplemental answer shall be filed forthwith.

DATED this 16th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge