IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIERONE BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:08-CV-3156 |
| | ) |
| HARTFORD CASUALTY INSURANCE | )   ORDER |
| COMPANY and HARTFORD ACCIDENT | ) |
| AND INDEMNITY COMPANY, | ) |
| | ) |
| Defendants. | ) |

Based upon the stipulation of the parties,

IT IS HEREBY ORDERED THAT:

The stipulation, filing no. 71, is approved and the deadline for plaintiff to take the deposition of defendant witness John Diaconis is extended to and including May 20, 2009.

Dated this 11th day of May, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge