IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIERONE BANK, | ) | 4:08CV3156 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARTFORD CASUALTY | ) | |
| INSURANCE COMPANY and | ) | |
| HARTFORD ACCIDENT AND | ) | |
| INDEMINITY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' stipulation (filing 74), treated as a joint motion for an enlargement of time, is granted as follows:

1. Plaintiff shall have until May 29, 2009, to respond to Defendants' motion for summary judgment (filing 64); and
2. Defendants shall have until May 29, 2009, to respond to Plaintiff's motion for summary judgment (filing 67).

May 15, 2009               BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge