IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIERONE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3156 |
| | ) | |
| V. | ) | |
| | ) | |
| HARTFORD CASUALTY | ) | ORDER |
| INSURANCE COMPANY, and | ) | |
| HARTFORD ACCIDENT AND | ) | |
| INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the motion to withdraw filed by Jeffrey M. Paskert, James A. Black, Jr., and the Mills Paskert Divers law firm, (filing no. 93), is granted.

DATED this 17th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge