IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIERONE BANK, | ) | 4:08CV3156 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARTFORD CASUALTY | ) | |
| INSURANCE COMPANY and | ) | |
| HARTFORD ACCIDENT AND | ) | |
| INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Pursuant to Federal Rule of Civil Procedure 62(b), that any execution by the plaintiff on the court's judgment entered on December 8, 2009 (filing 109), is stayed pending disposition of the defendants' Rule 59(e) motion to alter or amend judgment (filing 110), and for a period of ten (10) days thereafter.

2. Pursuant to Federal Rule of Civil Procedure 62(d), that, in the event the court denies the defendants' Rule 59(e) motion, the defendants may obtain a stay of execution pending appeal by filing a supersedeas bond with acceptable surety, *see* Nebraska Civil Rule 65.1.1, in the amount of $1,250,000.00, within ten (10) days after the court has denied the Rule 59(e) motion.

January 4, 2010.                                BY THE COURT:

                                                *Richard G. Kopf*
                                                United States District Judge