IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIERONE BANK, | ) | 4:08CV3156 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| HARTFORD CASUALTY | ) | |
| INSURANCE COMPANY and | ) | |
| HARTFORD ACCIDENT AND | ) | |
| INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

The parties have advised that they are in settlement negotiations, and have jointly requested a stay for a period of 30 days in which to conclude a settlement. The court finds that the request should be granted.

Therefore,

IT IS ORDERED that all proceedings in this matter a stayed for a period of 30 days, and the plaintiff's deadline to respond to the defendants' Rule 59(e) motion (filing 110) is extended accordingly.

January 6, 2010.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge