IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIERONE BANK, | ) | 4:08CV3156 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARTFORD CASUALTY | ) | |
| INSURANCE COMPANY and | ) | |
| HARTFORD ACCIDENT AND | ) | |
| INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. The parties' joint motion to restrict access to unredacted documents (filing 117) is granted. The clerk of the court will make appropriate entries in the CM/ECF system to restrict access to the following confidential documents: filings 66-8, 66-10, 66-11, 66-12, 66-13, 66-14, 66-15, 66-16, 66-22, 66-23, 66-24, 66-29, 66-30, 66-31, 66-33, 66-35, 69-4, 69-5, 78-2, 88-2 and 88-3.

2. The defendants' motion to dismiss appeal (filing 119) is granted. The clerk of the court will not process the defendants' notice of appeal (filing 113), which is deemed withdrawn.

3. The defendants' motion to withdraw their motion to alter or amend and for stay of execution (filing 120) is granted. Filings 110 and 118 are withdrawn.

4. The clerk of the court will close this case for statistical purposes.

February 1, 2010.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge